1  RICHARD J. DOREN, SBN 124666
    rdoren@gibsondunn.com
2  HEATHER L. RICHARDSON, SBN 246517
    hrichardson@gibsondunn.com
3  GIBSON, DUNN & CRUTCHER LLP
   333 South Grand Avenue
4  Los Angeles, CA  90071-3197
   Telephone: 213.229.7000
5  Facsimile:  213.229.7520

6  GEOFFREY M. SIGLER (*pro hac vice*)
    gsigler@gibsondunn.com
7  GIBSON, DUNN & CRUTCHER LLP
   1050 Connecticut Ave., N.W.
8  Washington, D.C. 20036-5306
   Telephone: 202.955.8500
9  Facsimile:  202.467.0539

10 Attorneys for Defendant,
   AETNA LIFE INSURANCE COMPANY

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13

| 14  DENNIS F., CAROL F., and GRACE F.; | CASE NO. CV-12-2819-MMC |
|---|---|
| 15                Plaintiffs, | **[PROPOSED ORDER] GRANTING JOINT STIPULATION REGARDING THE FILING OF DOCUMENTS APPLICABLE TO ALL RELATED CASES** |
| 16        v. | |
| 17  AETNA LIFE INSURANCE COMPANY, | |
| 18                Defendant. | The Hon. Maxine M. Chesney |
| 19  | Third Amended Complaint Filed: 04/13/2016 |
| 20  | |
| 21  KIM B. and AVIVA B. | CASE NO. 3:16-cv-01395-MMC |
| 22                Plaintiffs, | Complaint Filed: 03/22/2016 |
| 23  v. | |
| 24  AETNA LIFE INSURANCE COMPANY, | |
| 25                Defendant. | |

26

27

28

| | |
|---|---|
| 1    ALISON B. and DANIEL B. | CASE NO. 3:16-cv-01398-MMC |
| 2            Plaintiffs, | Complaint Filed: 03/22/2016 |
| 3    v. | |
| 4    AETNA LIFE INSURANCE COMPANY, | |
| 5            Defendant. | |
| 6    WILLIAM B. and RYAN B. | CASE NO. 3:16-cv-01402-MMC |
| 7            Plaintiffs, | Complaint Filed: 03/22/2016 |
| 8    v. | |
| 9    AETNA LIFE INSURANCE COMPANY, | |
| 10           Defendant. | |
| 11    LLOYD B. and TALYA B. | CASE NO. 3:16-cv-01405-MMC |
| 12           Plaintiffs, | Complaint Filed: 03/22/2016 |
| 13    v. | |
| 14    AETNA LIFE INSURANCE COMPANY, | |
| 15           Defendant. | |
| 16    RODNEY K. and BRIAN K. | CASE NO. 3:16-cv-01397-MMC |
| 17           Plaintiffs, | Complaint Filed: 03/22/2016 |
| 18    v. | |
| 19    AETNA LIFE INSURANCE COMPANY, | |
| 20           Defendant. | |
| 21    MARK L. and ELAINE L. | CASE NO. 3:16-cv-01399-MMC |
| 22           Plaintiffs, | Complaint Filed: 03/22/2016 |
| 23    v. | |
| 24    AETNA LIFE INSURANCE COMPANY, | |
| 25           Defendant. | |

26

27

28

| | |
|---|---|
| R.M. and M.M. | CASE NO. 3:16-cv-01401-MMC |
| Plaintiffs, | Complaint Filed: 03/22/2016 |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |
| PERRY P. and EVAN P. | CASE NO. 3:16-cv-01400-MMC |
| Plaintiffs, | Complaint Filed: 03/22/2016 |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |
| RICHARD R. and SUSANNA R. | CASE NO. 3:16-cv-01404-MMC |
| Plaintiffs, | Complaint Filed: 03/22/2016 |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |
| DAGMAR W. and SAMANTHA W.. | CASE NO. 3:16-cv-01403-MMC |
| Plaintiffs, | Complaint Filed: 03/22/2016 |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |
| CHERYL N. and TRISTAN W. | CASE NO. 3:16-cv-01406-MMC |
| Plaintiffs, | Complaint Filed: 03/22/2016 |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |

1

## ORDER

2        Good cause being shown in the Parties' Joint Stipulation Regarding the Filing of Documents

3   Applicable to All Related Cases, IT IS HEREBY ORDERED THAT any document that applies to all

4   twelve (12) related cases shall be filed <u>only</u> in the lead action (Case No. 3:12-cv-02819), and are

5   deemed filed in all twelve (12) related cases.

6   **IT IS SO ORDERED.**

7

8   DATED this __22__ day of ___July_____, 2016

9

10

11

12   _____

13           The Hon. Maxine M. Chesney
         United States District Court Judge for the
                Northern District of California

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING JOINT STIPULATION
RE THE FILING OF DOCUMENTS APPLICABLE TO ALL RELATED CASES
LEAD CASE NO. 12-CV-02819-MMC